# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ERIC DESHON WILLIAMS**                                                                **PLAINTIFF**

**V.**                            **CASE NO. 4:19-CV-430-BRW-BD**

**PULASKI COUNTY**
**SHERIFF'S OFFICE,** *et al.*                                                        **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Billy Roy Wilson. Mr. Williams may file written objections to this Recommendation if he disagrees with its findings or conclusions. Objections should be specific and should include the factual or legal basis for your objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Williams may waive any right to appeal questions of fact.

**II.**    **Discussion**

Eric Deshon Williams, a pre-trial detainee at the Pulaski County Detention Facility, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Mr. Williams complains that Defendants failed to adequately respond to his Freedom of Information Act (FOIA) requests.

The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints, such as Mr. Williams's, that seek relief from a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). Before ordering service of process, the Court is obliged to dismiss any claims that are legally frivolous or malicious; that fail to state a claim upon which relief may be granted; or that seek monetary relief from a defendant who is immune from paying damages. 28 U.S.C. § 1915A(b).

Unfortunately for Mr. Williams, violations of the Arkansas FOIA are not cognizable under section 1983 because they implicate only state law. *Taylor v. Denniston*, 111 Fed. Appx. 864, *1 (8th Cir. 2004) (upholding dismissal of action based upon alleged denial of his Arkansas FOIA request). To state a claim under § 1983, Mr. Williams must allege that Defendants, acting under color of state law, deprived him of a right, privilege, or immunity secured by the United States Constitution or federal law. 42 U.S.C. § 1983. Violations of the state FOIA do not deprive Mr. Williams of any right, privilege, or immunity secured by the Constitution or federal law. Accordingly, Mr. Williams has failed to state a federal claim for relief.

## III.   Conclusion

The Court recommends that Mr. Williams's claims be DISMISSED, without prejudice. The Court further recommends that this dismissal constitute a "strike" for purposes of 28 U.S.C. § 1915(g) and that the Court certify that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

DATED this 21st day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE