IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC DESHON WILLIAMS                                                    PLAINTIFF

V.                         CASE NO. 4:19-CV-430-BRW-BD

PULASKI COUNTY
SHERIFF'S OFFICE, *et al*.                                              DEFENDANTS

## **ORDER**

I have received a recommendation from Magistrate Judge Beth Deere that Mr. Williams's claims be dismissed. Mr. Williams has not filed objections. After careful review of the recommendation, I approve and adopt it in all respects.

Mr. Williams's claims are DISMISSED, without prejudice. This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and the Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 12th day of July, 2019.


                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE