IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC DESHON WILLIAMS                                                                    PLAINTIFF

V.                              CASE NO. 4:19-CV-430-BRW-BD

PULASKI COUNTY
SHERIFF'S OFFICE, *et al*.                                                              DEFENDANTS

## JUDGMENT

Based on the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 12th day of July, 2019.

                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE